# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 17-11787-ELF

CHERYL ROOKS

420 EDGEMORE ROAD

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    CHERYL ROOKS

    420 EDGEMORE ROAD

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    RAYMOND M KEMPINSKI
    COLEMAN & KEMPINSKI
    1700 MARKET ST, SUITE 1005
    PHILADELPHIA, PA 19103-

                                                                               /S/ William C. Miller

Date: 9/14/2017                                                    _____

                                                                     William C. Miller, Esquire
                                                                       Chapter 13 Standing Trustee