United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Cheryl Rooks
    Debtor

Case No. 17-11787-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                    Page 1 of 1                  Date Rcvd: Nov 20, 2017
                                Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db             +Cheryl Rooks,    420 Edgemore Road,    Philadelphia, PA 19151-4017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2017 01:41:16      U.S. Attorney Office,
        c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
        RAYMOND M. KEMPINSKI    on behalf of Debtor Cheryl  Rooks ray@colemankempinski.com,
        raykemp1006@gmail.com
        RAYMOND M. KEMPINSKI     on behalf of  Raymond  Kempinski ray@colemankempinski.com,
        raykemp1006@gmail.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
        PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| CHERYL ROOKS | : | |
| | : | |
| Debtors | : | Bankruptcy No. 17-11787 ELF |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor, and all creditors and parties-in-interest, and good cause having been shown,

IT IS **ORDERED** THAT:

1. The Application is **GRANTED**; and

2. Compensation for professional services rendered, in the amount of **$3,000.00**, and reimbursement of expenses, in the amount of **$365.00**, are **ALLOWED**. the Standing Trustee shall disburse $2,000.00 to counsel for Debtor to the extent provided for in the confirmed plan.

Dated:  11/20/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**