**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| CHERYL ROOKS | Chapter 13 |
| Debtor | Bankruptcy No. 17-11787-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 13, 2018**

_____
Eric L. Frank
ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RAYMOND M KEMPINSKI
COLEMAN & KEMPINSKI
1700 MARKET ST, SUITE 1005
PHILADELPHIA, PA 19103-


Debtor:
CHERYL ROOKS

420 EDGEMORE ROAD

PHILADELPHIA, PA 19151