**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| CHERYL ROOKS | : | |
| Debtor | : | Bankruptcy No. 17-11787 ELF |

**CERTIFICATION OF NO OBJECTION TO DEBTOR'S MOTION TO VACATE DISMISSAL ORDER AND REINSTATE BANKRUPTCY CASE**

I, Raymond Kempinski, Esquire, counsel for Debtor, do hereby certify that:

1. February 16 2018, I caused to be served, by ECF or first class United States mail, postage prepaid, a true and correct copy of the Debtor's Motion to Vacate Dismissal Order and Reinstate Bankruptcy Case, upon the Standing Trustee, the U.S. Trustee, and the creditors on the list of creditors attached to the Certificate of Service.

2. As of the date hereof, no objection to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Respectfully submitted,

Dated: March 13, 2018

/s/ Raymond M. Kempinski
Raymond M. Kempinski
Attorney I.D. No. 93839
1700 Market Street
Suite 1005
Philadelphia, PA 19103