# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11787-ELF

CHERYL ROOKS

420 EDGEMORE ROAD

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHERYL ROOKS

420 EDGEMORE ROAD

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

RAYMOND M KEMPINSKI

123 S. BROAD ST., STE 1400
PHILADELPHIA, PA 19109-

Date: 7/17/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee