# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cheryl Rooks
                    Debtor(s)

U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)
                    v.
Cheryl Rooks
                    and
William C. Miller Esq.
                    Trustee

Chapter 13

NO. 17-11787 ELF

## ORDER

AND NOW, this   11th   day of   July  , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 26, 2019 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 420 Edgemore Road Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**