United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-11787-elf
Cheryl Rooks                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: John                  Page 1 of 1              Date Rcvd: Jul 11, 2019
                               Form ID: pdf900             Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db             +Cheryl Rooks,    420 Edgemore Road,    Philadelphia, PA 19151-4017
13962852       +U.S. BANK NATIONAL ASSOCIATION,    FOR PENNSYLVANIA HOUSING FINANCE AGENCY,
                 c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 12 2019 11:05:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 12 2019 11:05:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 12 2019 11:05:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13882670       +E-mail/Text: blegal@phfa.org Jul 12 2019 11:05:21      Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13958065       +E-mail/Text: blegal@phfa.org Jul 12 2019 11:05:21      U.S. Bank National Association,
                 c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                               TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Cheryl  Rooks raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              RONALD G. MCNEIL    on behalf of Debtor Cheryl  Rooks r.mcneil1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cheryl Rooks
                  Debtor(s)

U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)
                v.
Cheryl Rooks
          and
William C. Miller Esq.
              Trustee

Chapter 13

NO. 17-11787 ELF

## ORDER

AND NOW, this 11th day of July, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on February 26, 2019 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 420 Edgemore Road Philadelphia, PA 19151.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**