# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11787-ELF

CHERYL ROOKS

420 EDGEMORE ROAD

PHILADELPHIA, PA 19151

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHERYL ROOKS

    420 EDGEMORE ROAD

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    RAYMOND M KEMPINSKI
    KEMPINSKI LAW
    3120 W. PENN STREET
    PHILADELPHIA, PA 19129-

                            /S/ William C. Miller

Date: 9/6/2019                        _____
                                     William C. Miller, Esquire
                                     Chapter 13 Standing Trustee